Exhibit "A" to Petition to Compel Arbitration

01330356.1/020464-000012

## Kiosk Placement Form

| Location Legal Entity: | Effective Date: |
|---|---|
| PDD, INC. | 5-18-2021 |

| Location DBA Name: Northtown Chevron | Distributor Name (Entity and DBA): Pacific Distributing |
|---|---|
| Phone: 509-489-9039 | Phone: 1-800-548-1913 |
| Email: bdive1@msn.com | Email: pacificdistributing.96@... |
| Address to be used for payment: 4615 N. Division St, Spokane, WA 99207 | Sales Contact: email.com Mark Smith 770 670 9095 mark@bitcoindepot.com |
| Tenant or Landlord? Tenant | |
| If Tenant, lease end date: 12/31/2039 | |
| Term: 7-Years | |

| Premises [Put full address of store] | Additional Entity (if applicable) | Per Trans. Fee | Flat Fee: |
|---|---|---|---|
| 4615 North Division Spokane, WA 99207 | | 1.50 | 150.00 |
| | | | |
| | | | |

By signing below, Location and Bitcoin Depot expressly agree to be bound by all of the terms and conditions of the Location Master Agreement located at get.bitcoindepot.com/LMA or such other URL or address as provided by Bitcoin Depot from time to time ("LMA"), which is hereby incorporated by reference. Capitalized terms shall have the meaning set forth in the LMA. Location acknowledges and agrees that it has read and understands the terms set forth in the LMA and that all information in this Kiosk Placement Form is accurate and complete.

Owner:
Signed: *Landon Thomas* (DocuSigned, 2702EDD671384A9)

Lux Vending, LLC d/b/a Bitcoin Depot
2870 Peachtree Rd #327
Atlanta, Georgia, 30305

Name: Landon Thomas

Location:
Signed: [signature]

Name: Robert A. Ovelhiss
Title: President
Address: 40303 Northshore Dr.
Loon Lake, WA 99148