# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| LUX VENDING, LLC d/b/a )<br>BITCOIN DEPOT, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>DDD, Inc., )<br>)<br>    Respondent. )<br>_____) | Civil Action No.<br>1:23-cv-00548-SEG |

## NOTICE OF DISMISSAL WITH PREJUDICE

Petitioner Lux Vending, LLC hereby file this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) dismissing the above-styled case with prejudice and with each party to bear its own fees and costs.

Submitted this 16th day of March 2023.

                                        FORTSON, BENTLEY AND GRIFFIN, P.A.

                                        By: /s/ David F. Ellison_____
                                              David F. Ellison
                                              State Bar No. 929203
                                              *Attorney for Petitioner*

2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, Georgia 30606
(706) 548-1151
dfe@fbglaw.com

01358708.1/020464-000015

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing *Notice of Dismissal with Prejudice* by serving counsel for Respondent via electronic service addressed as follows:

Mr. Michael R. Merritt
MMerritt@HawleyTroxell.com

This 16th day of March, 2023.

/s/ David F. Ellison
David F. Ellison
Attorney for Petitioner